No. 358. STEIN *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL. October 13, 1941. Petition for writ of

certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Saul J. Zucker* and *Lionel P. Kristeller* for petitioner.